# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Laura Gallegos

V.   **JUDGMENT IN A CIVIL CASE**

Quantum Servicing Corporation et al

CASE NUMBER:   10cv175-DMS-NLS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Quantum and Argent's Motions to Dismiss are granted. Plaintiff's "Motion for Leave to Provide Proof of Service" filed on June 9, 2010 is denied as moot. Because Plaintiff cannot cure the deficiencies in her complaint, the matter is dismissed with prejudice.

| June 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON June 14, 2010